JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT TALAMANTEZ, an individual, | Case No. 2:17-cv-00983 PA (KSx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| CREDIT ONE BANK, N.A., a Nevada Corporation; and Does 1 through 10, | |
| Defendant(s). | |

Pursuant to the Court's March 11, 2017, Minute Order granting in part and denying in part the parties' Joint Stipulation to Stay the Case Pending Arbitration,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: March 13, 2017

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE