# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT TALAMANTEZ,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CREDIT ONE BANK, N.A., a Nevada Corporation; and DOES 1 – 10,<br><br>　　　　Defendant(s). | Case No.: 2:17:cv-00983-PA-KS<br><br>**ORDER** |

　　Upon review of the Stipulation to Dismiss Credit One Bank, N.A. with Prejudice (Doc. 16), filed by Plaintiff Gilbert Talamantez and Defendant Credit Bank, N.A. and good cause appearing,

　　**IT IS ORDERED** granting the Stipulation to Dismiss Credit One Bank, N.A. with prejudice, with the parties to bear their own costs and attorneys' fees.

Dated:　October 17, 2017

　　　　　　　　　　　　　　　　　　Honorable Percy Anderson
　　　　　　　　　　　　　　　　　　United States District Judge